UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-01418-MWF (MAA)**                     Date:  **July 9, 2021**

Title  **Floyd Eugene Bender Jr. v. Los Angeles County Sheriff et al.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:         Attorneys Present for Defendants:
N/A                                                              N/A

**Proceedings (In Chambers):**     Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    Plaintiff Floyd Eugene Bender Jr. ("Plaintiff") filed a Complaint on February 1, 2021 (ECF No. 1) and a First Amended Complaint ("FAC," ECF No. 5) on February 16, 2021.

    On April 6, 2021, the Court issued a Memorandum Decision and Order Dismissing First Amended Complaint with Leave to Amend ("Order").  (Order, ECF No. 20.)  The Court ordered Plaintiff to, no later than May 6, 2021, either file a Second Amended Complaint ("SAC") or advise the Court that Plaintiff no longer intends to pursue this lawsuit.  (*Id*. at 1–2, 14.)  The Court cautioned Plaintiff that "**failure to timely file a SAC will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**."  (*Id*. at 15.)  On April 15, 2021, the Order was returned to the Court as undeliverable by the U.S. postal service.  (ECF No. 24.)

    On May 7, 2021, in light of the recent returned mail addressed to Plaintiff (ECF Nos. 24, 25-27), the Court confirmed that the address on the docket did not match the address in Plaintiff's notice of change of address (ECF No. 16): Plaintiff's address number was entered as 383 instead of 838.  (ECF No. 28.)  The Court thereby directed the Clerk to change Plaintiff's address on the docket to match his notice of change of address (ECF No. 16) and to send ECF Nos. 18, 20, 21, and 23 to Plaintiff's corrected address.  (ECF No. 28.)  The Court also extended Plaintiff's deadline to file a SAC to **June 7, 2021**.  (*Id*.)

    To date, Plaintiff has not filed a SAC or a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **August 9,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:21-cv-01418-MWF (MAA)**                                                           Date:  **July 9, 2021**
Title        **Floyd Eugene Bender Jr. v. Los Angeles County Sheriff et al.**

**2021** why the Court should not recommend that the case be dismissed for want of prosecution and for failure to comply with Court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |