# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER, JR., | Case No. 2:21-cv-01418-MWF (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY SHERIFF et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 30, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE